# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BRANDON ARDLEY,**

 *Plaintiff,*

v.           **Case No.:** **8:26-cv-02170**

**CLARITY SERVICES, INC.,**

 *Defendant.*

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

 In accordance with Local Rule 1.07(c), Plaintiff hereby certifies that the instant action:

☐ IS related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒ IS NOT  related to any pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency.

 I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

 Respectfully submitted on July 28, 2026, by:

/s/ *Bryan J. Geiger*
Bryan J. Geiger
Florida Bar Number: 119168
Seraph Legal, P. A.
3505 E. Frontage Rd., Ste. 145
Tampa, Florida 33607
(813) 321-2348
BGeiger@seraphlegal.com
Service@seraphlegal.com
*Counsel for Plaintiff*
